PEOPLE EX REL. MILTON H. BUTLER v. WAYNE CIRCUIT JUDGE.

*Removal of causes.*

An actual resident of Detroit after service upon him within the city, of the declaration in a personal action begun by a resident of another county, can remove the case to the Superior Court of Detroit.

MANDAMUS to vacate order of removal to the Superior Court of Detroit.   Submitted and denied October 14.

Relator, being a resident of Mt. Clemens, sued Miller, a resident of Detroit, for money had and received, filing his declaration in the Wayne Circuit Court.   Miller entered his appearance and at the same time filed a bond for the removal of the case into the Superior Court of Detroit, in accordance with § 21 of Act 59 of 1873. The circuit judge, being satisfied that the cause was a personal action and that the declaration was served upon defendant within the city, ordered the cause removed.   Relator asks mandamus to vacate the order.

*H. C. Wisner* for the writ, claimed that both parties should be residents of the city to entitle defendant to remove the cause to the municipal court, and cited *Jones v. Kent Circuit Judge,* 35 Mich, 496.

PER CURIAM.   This case is plainly within the language as well as purpose of the statute; and where the defendant as here is an actual resident of Detroit there

can be no doubt that the jurisdiction of the Superior Court is within the legitimate scope of a municipal tribunal.

Mandamus denied.